# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 19-30266
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
June 26, 2020

Lyle W. Cayce
Clerk

GEORGE JARRETT,

Plaintiff-Appellant

v.

LINDA PERKINS, Inmate Records Administrator at Dixon Correctional Institute, also known as Evelyn Perkins; WILLIAM ROSS, Supervisor at Division of Probation and Parole,

Defendants-Appellees

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:17-CV-1775

Before CLEMENT, ELROD, and OLDHAM, Circuit Judges.

PER CURIAM:[*]

George Jarrett, whose Louisiana prisoner # is 339218, appeals the dismissal of his 42 U.S.C. § 1983 civil rights complaint and state law breach of contract claim. The district dismissed the § 1983 claim as barred by the Louisiana statute of limitations. Also, it declined to exercise jurisdiction over, and dismissed, the breach of contract claim. *See* 28 U.S.C. § 1367(c)(3).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 19-30266

Jarrett's brief argues the merits of his claims but does not challenge the district court's time bar ruling or its decision not to exercise supplemental jurisdiction over the contract claim. *See Yohey v. Collins*, 985 F.2d 222, 224-25 (5th Cir. 1993). Thus, Jarrett has waived any challenge to the district court's dispositive ruling. *See Brinkmann v. Dallas Cty. Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987). We dismiss the appeal as frivolous. *See* 5TH CIR. R. 42.2.

APPEAL DISMISSED.